ACCEPTED
12-15-00068-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/8/2015 4:22:31 PM
CATHY LUSK
CLERK

**CAUSE NO. : 12–15–00068–CR**
CAUSE NO. 12--15--00069--CR

| | | | |
|---|---|---|---|
| **ANDREW WHITAKER** | § | **IN THE TWELFTH COURT** | |
| | § | | |
| **vs.** | § | **OF APPEALS DISTRICT** | |
| | § | | |
| **THE STATE OF TEXAS** | § | **TYLER, TEXAS** | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/8/2015 4:22:31 PM
CATHY S. LUSK
Clerk

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

**COMES NOW,** Andrew Whitaker, the Appellant, in the above–styled and numbered cause, and pursuant to Rule 10 of the Rules of Appellate Procedure, files this motion requesting that the Court extend the time for filing the Appellant's brief in this cause, and in support shows as follows:

A.

1. The case is on appeal from the 420th Judicial District Court of Nacogdoches County, Texas.

2. The style and number of the case in the trial court is Cause Number F1521497; Cause Number F1421007;State of Texas vs. Andrew Whitaker; Case Number: 12–15–00068–CR & 12--15--00069--CR; Andrew Whitaker vs. The State of Texas.

3. The Appellant was charged by indictment with the Third degree felony offense of Evading Arrest and the State Jail offense of UUMV.

4. Punishment was assessed at confinement in the Texas Department of Criminal Justice, Institutional Division for thirteen (13) and two (2) years confinement.

5. The present deadline for filing the Appellant's brief is due June 8, 2015.

6. The Appellant seeks an extension of time of 30 days until July 8, 2015.

7. This is the Appellant's first motion for extension of time to file the Appellant's brief.

B.

This extension is not sought for the purpose of delaying this appeal, but for the following reasons:

Appellant's attorney has been hospitalized with an unexpected complications from surgery

and requires additional time to complete Appellant's brief.

C.

On June 8, 2015, by copy of this motion, Appellant's counsel has advised, via copy of this motion, the Nacogdoches County District Attorney's Office of this submission.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays that the Court grant an extension of time to file until July 8, 2015, for filing of Appellant's brief.

Respectfully submitted,

_____
WINFRED A. SIMMONS, II
115 W. Shepherd Avenue
Lufkin, Texas 75904
(936) 632-3242 (phone)
(936) 632-4325 (fax)
SBN 00794636

Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Extension of Time the file Appellant's Brief was delivered via facsimile transfer/ hand delivery/ certified mail, to the Angelina County District Attorneys's Office, 101 E. Main, Nacogdoches, Texas 75961.

_____
Winfred A. Simmons, II